564

435 A.2d 919

Migliaccio, et al., Appellants v. City of Philadelphia, et al.

Argued February 18, 1981. Mitchell H. Klevan, for appellants; Richard S. Kohn, Assistant City Solicitor, for appellees.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 919

Rosecrans, et al. v. White, Appellant.

Argued January 12, 1981. Kenneth D. Chestek, for appellant; Vedder J. White, for appellees.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.